IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MOKE AMERICA LLC,
    Plaintiff,

v.                                                           Civil No. 3:20cv400 (DJN)

AMERICAN CUSTOM GOLF CARS, INC., *et al.*,
    Defendants.

## FINAL ORDER

This matter comes before the Court on the parties' cross-motions for Judgment on Partial Findings pursuant to Federal Rule of Civil Procedure 52(c). During the January 27, 2023 bench trial in this matter, Defendants orally moved for judgment on partial findings as to all claims and counterclaims. The Court granted Defendants' motion and entered judgment for Defendants as to Counts I, II and III of Plaintiff's Amended Complaint (ECF No. 20) and Counts I and III of Defendants' Third Amended Counterclaims (ECF No. 146), while reserving judgment on Count II of Defendants' counterclaims pending further briefing. The parties have submitted such briefing, and Plaintiff now moves for judgment on partial findings with respect to Count II of Defendants' counterclaims. (ECF No. 292.)

For the reasons stated in the accompanying Memorandum Opinion, the Court hereby ORDERS as follows:

(1)    The Court hereby AMENDS its Order Granting Defendants' Rule 52 motion (ECF No. 270) and its Memorandum Scheduling Order (ECF No. 277) to reflect that it finds the MOKE mark to be a generic mark, ineligible for trademark registration or ownership.

(2)    The Court further AMENDS its Order Granting Defendants' Rule 52 motion (ECF No. 270) to reflect that Plaintiff has carried its burden as to Count I of its Amended Complaint. Accordingly, **the Court hereby DIRECTS the Clerk to enter a final appealable judgment in favor of Plaintiff on Count I of the**

**Amended Complaint**. Furthermore, the Court hereby DIRECTS the United States Patent and Trademark Office to deny Defendants' pending application for registration (Serial No. 76718389) of the MOKE mark. 15 U.S.C. § 1071(b)(1) (authorizing district courts to grant or cancel registrations).

(3) Finding no error in its prior Order with respect to Counts II and III of the Amended Complaint, the Court **DIRECTS the Clerk to enter a final appealable judgment in favor of Defendants on Counts II and III of the Amended Complaint**.

(4) The Court's Order Granting Defendants' Rule 52 motion (ECF No. 270) is further AMENDED to reflect that, in light of the Court's finding of genericness, Defendants cannot carry their burden as to Count I of their Third Amended Counterclaims (ECF No. 146). Accordingly, the **Court hereby DIRECTS the Clerk to enter a final appealable judgment in favor of Plaintiff on Count I of Defendants' Third Amended Counterclaims**.

(5) The Court's genericness finding further dictates that Defendants cannot carry their burden as to Count II of their Third Amended Counterclaims. Accordingly, the Court hereby GRANTS Plaintiff's Motion for Judgment on Partial Findings (ECF No. 299) and **DIRECTS the Clerk to enter a final appealable judgment in favor of Plaintiff on Count II of the Third Amended Counterclaims.**

(6) Finally, the Court's genericness finding dictates that Defendants (1) have carried their burden as to Count III of their Third Amended Counterclaims (ECF No. 146) to the extent they seek a declaration of non-infringement, but (2) cannot carry their burden as to Count III to the extent they seek a declaration of trademark ownership. Accordingly, the Court's January 27, 2023 Order Granting Defendants' Rule 52 motion (ECF No. 270) is further AMENDED to reflect that Defendants have carried their burden only in part as to Count III of their Third Amended Counterclaims. **The Court hereby DIRECTS the Clerk to enter a final appealable judgment of non-infringement in favor of Defendants as to Count III of the Third Amended Counterclaims.** On all other relief sought, **the Court hereby DIRECTS the Clerk to enter a final appealable judgment in favor of Plaintiff as to Count III of the Third Amended Counterclaims.**

This case is now CLOSED.

Let the Clerk file a copy of this order electronically, notify all counsel of record and transmit a copy of this order to David Gooder of the United States Patent and Trademark Office.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: May 3, 2023