AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern------------------------ DISTRICT OF ----------------Virginia--------------------
Richmond Division

MOKE AMERICA LLC,

    Plaintiff,

v.

AMERICAN CUSTOM GOLF CARTS, INC., et al.

    Defendants.

**JUDGMENT IN A CIVIL CASE**
Case number: 3:20CV400 (DJN)

**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xxx **Decision by Court**. *This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court enters judgment in favor of Plaintiff on Count I of the Amended Complaint.
The Court enters judgment in favor of Defendants on Counts II and III of the Amended Complaint.
The Court enters judgment in favor of Plaintiff on Counts I and II of the Third Amended Counterclaims.
The Court enters judgment in favor of Defendants as to Count III of the Third Amended Counterclaims to the extent Defendants seek a declaration of non-infringement.
The Court enters judgment in favor of Plaintiff as to Count III of the Third Amended Counterclaims to the extent Defendants seek a declaration of trademark ownership.

May 3, 2023
Date

FERNANDO GALINDO,
Clerk

_____
(By) Deputy Clerk